

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 07 2022

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

# FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## _____ DIVISION

CASE NO. 4:22-cv-00104-KGB

Jury Trial: ☑ Yes ☐ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Stephen Jones
ADC # _____
Address: 905 Hurrle Ave, Oildale CA 93308

Name of plaintiff: _____
ADC # _____
Address: _____

This case assigned to District Judge Baker
and to Magistrate Judge Volpe

Name of plaintiff: _____
ADC # _____
Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Joseph P. Mizzanti
Position: Managing Attorney/Public Defender
Place of employment: 10th Judicial District Court
Address: P.O. Box 564 107 E. Jackson Monticello AR 71657

Name of defendant: _____
Position: _____

-4-

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

    ☐ official capacity only
    ☐ personal capacity only
    ☑ both official and personal capacity

III. Previous lawsuits

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

        Yes ___ No ✓

    B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        ☐ Parties to the previous lawsuit:

        Plaintiffs: _____

        _____

        Defendants: _____

        _____

    ☐    Court (if federal court, name the district; if state court, name the county):

_____

    ☐    Docket Number: _____

    ☐    Name of judge to whom case was assigned: _____

    ☐    Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

    ☐    Approximate date of filing lawsuit: _____

    ☐    Approximate date of disposition: _____

IV. Place of present confinement: **Drew County Detention Facility**

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

✓ in jail and still awaiting trial on pending criminal charges

____ serving a sentence as a result of a judgment of conviction

____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

_____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

  A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

        Yes ✓    No ____

  B.    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ✓    No ___

If not, why? _____

_____

VII.  Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On January 31st I had court in Drew County, I had filed over Twenty pre-trial motions with the Court-clerk's office so my Attorney could file Them on my Behalf. Then, Because of his falure to ever come see me or show any concern for my case or intrest in my well Being, Beside informing me I'm looking at 98 Years for my first Time Drug offince, While I was not on parole or probation & him pushing for me to take a plea Bargain I told the

-7-

Court's I would like to file a Mars-Den motion for his inaffectiveness of Counsil! The Court gave me a chance to Explain, wich I did with great response & Reason, Then my lawyer responded with lies under oath, that he went over my Motions and also my case video footage with me! I told the Judge he was lying and with that and all the other reason's I needed new counsil, But was Denied! So on my way Back to my cell I was thinking it's his word aginst mine! Then I relized that I can prove it.... If @ He viewed the video footage & my motions with me as he told the Judge there would be record of his visit to the Jail. There will be no such record of any visit from any lawyer proving him lying on record to the Judge! Counsil Has never once come to see me!

VIII.  Relief

<u>State briefly exactly what you want the court to do for you.</u>  Make no legal arguments. Cite no cases or statutes.

Repramanded on an offical capasity with States Bar & Deliberations on pain & Suffering & New counsil in my current case

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 3 day of February, 2022

Signature(s) of plaintiff(s)

Stephen Jones
106 S. Main St
Monticello AR
71655



INMATE MAIL

Pro Se Clerk
600 W. Capital Ave
Little Rock AR  Room A149
72201