IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STEPHEN JONES**                                                   **PLAINTIFF**

**v.**                        **Case No. 4:22-cv-00104-KGB**

**JOSEPH P. MIZZANTI, Managing
Attorney/Public Defender, 10th Judicial
District**                                                  **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Stephen Jones's complaint is dismissed without prejudice. The relief sought is denied. The Court recommends dismissal of this action count as a "strike" within the meaning of 28 U.S.C. § 1915(g). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 7th day of September, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge